OLADIRAN LAW, PC
Attorney at Law
2525 E. Arizona Biltmore Circle
Suite D-140
Phoenix, AZ 85016-2147
PHONE 602.682.8498
FAX 602.682.8499

Tajudeen O. Oladiran (#021265)
toladiran@oladiranlaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| TAJUDEEN O. OLADIRAN, and CHARLOTTE H. OLADIRAN, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNTRUST MORTGAGE, INC., a Virginia corporation d/b/a/ CRESTAR MORTGAGE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., an Arizona corporation; SUNTRUST BANKS, INC., a Georgia corporation; JAMES M. WELLS III and JANE DOE WELLS III, husband and wife; STERLING EDMUNDS, JR and JANE DOE EDMUNDS, JR, husband and wife; JOHN DOES I – X; and ENTITIES 1-10,<br><br>Defendants. | **CAUSE NO.: 2:09-CV-01471-SRB**<br><br>**PLAINTIFFS' COUNSEL'S MOTION FOR A HONEST AND HONORABLE COURT SYSTEM**<br><br>(Assigned to the Dishonorable Susan R. Bolton) |

This motion is filed by Plaintiffs' counsel, Tajudeen O. Oladiran, Esq. ("Mr. Oladiran" or "Taj"),[1] pursuant to the law of, what goes around comes around.  Judge

---

[1] Unless otherwise indicated, capitalized terms used in this Motion will correspond to the

Bolton, I just read your Order and I am very disappointed in the fact that a brainless coward like you is a federal judge.

I accused Suntrust Bank of racketeering etc, and many good lawyers in town told me the bank's executives would never be deposed, and that the case would go nowhere. I stupidly stuck to the notion that everyone is equal under the law etc. Boy was I wrong. The bank cancelled depositions set by the court, cancelled a hearing set by the court, and walked away without as much as a scratch.

My thanks go out to Larry Folks and Kathleen Weber who both warned me that I would lose (I should have listened to them).

I apologize to all my clients. I know, I'm sorry does not repair the mess I made but, that's all I've got.

To my family, words can't express my apologies; please remember me kindly.

Finally, to Susan Bolton, we shall meet again you know where ☺

SUBMITTED this 1st day of October, 2009.

                        OLADIRAN LAW, PC
                        Attorney At Law

                        By  /s/ Tajudeen O. Oladiran, Esq.

Original of the foregoing filed with the court electronically
on this 1st day of October, 2009.

---

capitalized terms used in Plaintiffs' First Amended Complaint (Docket No. 16).

-3-

1  I hereby certify that I electronically transmitted the attached document
2  to the Clerk's Office using the CM/ECF System for filing and
3  transmittal of a Notice of Electronic Filing to the following CM/ECF registrants this 1st day of October, 2009.
4
5  Kathleen Ann Weber, Esq.
   Folks & O'Connor PLLC
6  1850 N Central Ave
   Ste 1140
7  Phoenix, AZ 85004
   602-256-5906
8  Fax: 602-256-9101
   Email: weber@folksoconnor.com
9
10 Larry Omer Folks, Esq.
   Folks & O'Connor
11 1850 N Central Ave
   Ste 1140
12 Phoenix, AZ 85004
   602-256-5906
13 Fax: 602-256-9101
   Email: folks@folksoconnor.com
14
15
   By: *Tajudeen O. Oladiran*
16
17
18
19
20
21
22
23
24
25
26