IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tajudeen O. Oladiran, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>SunTrust Mortgage, Inc., et al.,<br><br>　　　　Defendants. | No. CV 09-1471-PHX-SRB<br><br>**ORDER** |

　　　　The Court having recused itself in the above-captioned matter and Judge G. Murray Snow having been randomly drawn,

　　　　IT IS ORDERED reassigning this case to Judge Snow for all further proceedings. All future pleadings shall bear the following case caption: CV 09-1471-PHX-GMS.

　　　　IT IS FURTHER ORDERED vacating Scheduling Conference on November 30, 2009, at 10:45 a.m. before Judge Bolton to be re-set by Judge Snow.

　　　　　　　　　　　　　　　　　　DATED this 15th day of October, 2009.

　　　　　　　　　　　　　　　　　　　　　/s/ Susan R. Bolton
　　　　　　　　　　　　　　　　　　　　　Susan R. Bolton
　　　　　　　　　　　　　　　　　　　　　United States District Judge