IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tajudeen O. Oladiran, and Charlotte H. Oladiran, husband and wife,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>SunTrust Mortgage, Inc., et al.,<br><br>　　　　Defendants. | No. CV-09-1471-PHX-GMS<br><br>**ORDER** |

Pending before this Court is a Stipulation Not to File Motions or Pleadings Prior to or During Mediation (Dkt. # 51). The Court has reviewed and considered the Stipulation and finds that no action is necessary. Therefore,

**IT IS HEREBY ORDERED** taking no action on the Stipulation (Dkt. # 51).

DATED this 21st day of October, 2009.

G. Murray Snow
United States District Judge